**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00483-CV**
_____

**RUTH WILLIAMS, Appellant**

**V.**

**AMER. RESIDENTIAL PROPERTIES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 14-28425**

**MEMORANDUM OPINION**

Ruth Williams filed a notice of appeal but failed to file a brief. On March 5, 2015, we notified the parties that the brief had not been filed and warned the appellant that her failure to file a brief could result in a dismissal of the appeal for want of prosecution. On March 18, 2015, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

1

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on April 8, 2015
Opinion Delivered April 23, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.